# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HENDERSON, THELTON E. | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | 05/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE SENIOR STATUS | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | STILES HALL, BERKELEY, CA |
| 2. | DIRECTOR | EDWARD J MCFETRIDGE AMERICAN INN OF COURT, SAN FRANCISCO, CA |
| 3. | DIRECTOR | HISTORICAL SOCIETY OF NORTHERN CALIFORNIA, SAN FRANCISCO, CA |
| 4. | DIRECTOR | FIRST VOICE, SAN FRANCISCO, CA |
| 5. | DIRECTOR | THELTON E HENDERSON CENTER FOR SOCIAL JUSTICE, BERKELEY, CA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | STATE OF CALIFORNIA - SALARY |
| 2. | 2015 | SAN JOSE STATE UNIVERSITY - SALARY |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PROVIDENT CENTRAL CREDIT UNION | A | Int./Div. | J | T | | | | | |
| 2. TRUST - UBS PACE MULTI: (H) | | | | | | | | | |
| 3. - PACE MONEY MARKET INVESTMENTS FUND | A | Int./Div. | | | Closed | 04/16/15 | J | | |
| 4. - AMERICAN FUNDS EUROPACIFIC GROWTH FUND | A | Dividend | | | Sold | 04/22/15 | J | C | |
| 5. - DAVIS NEW YORK VENTURE FUND | A | Dividend | | | Buy (add'l) | 02/10/15 | J | | |
| 6. | | | | | Sold | 04/22/15 | K | A | |
| 7. - OPPENHEIMER DEVELOPING MARKETS FUND | A | Dividend | | | Sold | 04/22/15 | J | A | |
| 8. - GROWTH FUND OF AMERICA | A | Dividend | | | Buy (add'l) | 02/10/15 | J | | |
| 9. | | | | | Sold | 04/22/15 | K | C | |
| 10. - INVESTMENT COMPANY OF AMERICA FUND | A | Dividend | | | Buy (add'l) | 02/10/15 | J | | |
| 11. | | | | | Sold | 04/22/15 | K | B | |
| 12. - AMERICAN FUNDS BOND FUND OF AMERICA | A | Dividend | | | Sold (part) | 02/10/15 | J | A | |
| 13. | | | | | Sold | 04/22/15 | L | A | |
| 14. - AMERICAN FUNDS CAPITAL WORLD BOND FUND | A | Dividend | | | Sold (part) | 02/10/15 | J | | |
| 15. | | | | | Sold | 04/22/15 | K | | |
| 16. - IVY HIGH INCOME FUND | A | Dividend | | | Sold | 02/10/15 | K | | |
| 17. - PIMCO TOTAL RETURN FUND | A | Dividend | | | Sold | 02/10/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - FRANKLIN/TEMPLETON GLOBAL BOND FUND | A | Dividend | | | Sold (part) | 02/10/15 | J | | |
| 19. | | | | | Sold | 04/22/15 | K | A | |
| 20. - BLACKROCK GLOBAL ALLOCATION FUND INC | A | Dividend | | | Sold | 04/22/15 | K | B | |
| 21. - BLACKROCK HIGH YIELD BOND | A | Dividend | | | Buy | 02/10/15 | K | | |
| 22. | | | | | Sold | 04/22/15 | K | A | |
| 23. - DELAWARE DIVERSIFIED INCOME | A | Dividend | | | Buy | 02/10/15 | L | | |
| 24. | | | | | Sold | 04/22/15 | L | A | |
| 25. IRA - UBS PACE MULTI: (H) | | | | | | | | | |
| 26. - PACE MONEY MARKET INVESTMENTS FUND | A | Int./Div. | | | Closed | 04/24/15 | J | | |
| 27. - AMERICAN FUNDS EUROPACIFIC GROWTH FUND | A | Dividend | | | Sold | 05/21/15 | J | B | |
| 28. - DAVIS NEW YORK VENTURE FUND | A | Dividend | | | Buy (add'l) | 02/10/15 | J | | |
| 29. | | | | | Sold | 05/21/15 | J | A | |
| 30. - OPPENHEIMER DEVELOPING MARKETS FUND | A | Dividend | | | Sold | 05/21/15 | J | | |
| 31. - GROWTH FUND OF AMERICA | A | Dividend | | | Buy (add'l) | 02/10/15 | J | | |
| 32. | | | | | Sold | 05/21/15 | J | B | |
| 33. - INVESTMENT COMPANY OF AMERICA FUND | A | Dividend | | | Buy (add'l) | 02/10/15 | J | | |
| 34. | | | | | Sold | 05/21/15 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - AMERICAN FUNDS BOND FUND OF AMERICA | A | Dividend | | | Sold (part) | 02/10/15 | J | | |
| 36. | | | | | Sold | 05/21/15 | K | | |
| 37. -AMERICAN FUNDS CAPITAL WORLD BOND FUND | A | Dividend | | | Sold (part) | 02/10/15 | J | | |
| 38. | | | | | Sold | 05/21/15 | J | | |
| 39. - IVY HIGH INCOME FUND | A | Dividend | | | Sold | 02/10/15 | K | | |
| 40. - PIMCO TOTAL RETURN FUND | A | Dividend | | | Sold | 02/10/15 | K | | |
| 41. - FRANKLIN/TEMPLETON GLOBAL BOND FUND | A | Dividend | | | Sold (part) | 02/10/15 | J | | |
| 42. | | | | | Sold | 05/21/15 | K | | |
| 43. - BLACKROCK GLOBAL ALLOCATION FUND INC | A | Dividend | | | Sold (part) | 02/10/15 | J | | |
| 44. | | | | | Sold | 05/19/15 | J | A | |
| 45. - BLACKROCK HIGH YIELD BOND | A | Dividend | | | Buy | 02/10/15 | J | | |
| 46. | | | | | Sold | 05/19/15 | K | A | |
| 47. - DELAWARE DIVERSIFIED INCOME | A | Dividend | | | Buy | 02/10/15 | K | | |
| 48. | | | | | Sold | 05/21/15 | K | | |
| 49. TRUST - NATIONAL FINANCIAL SERVICES (SECURITIES AMERICA): (H) | | | | | | | | | |
| 50. - SECURITIES AMERICA BANK DEPOSIT SWEEP | A | Int./Div. | J | T | Open | 03/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - VANGUARD BD INDEX FD INC INTERMEDIATE | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 52. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 53. | | | | | Sold (part) | 07/09/15 | J | | |
| 54. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 55. - VANGUARD BD INDEX FD INC LONG TERM BD | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 56. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 57. | | | | | Sold (part) | 07/09/15 | J | | |
| 58. - VANGUARD BD INDEX FD INC SHORT TERM BD | A | Dividend | K | T | Buy | 03/30/15 | J | | |
| 59. | | | | | Buy (add'l) | 04/27/15 | K | | |
| 60. | | | | | Sold (part) | 07/09/15 | J | | |
| 61. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 62. | | | | | Sold (part) | 11/10/15 | J | | |
| 63. - VANGUARD CHARLOTTE FUNDS | A | Dividend | K | T | Buy | 03/30/15 | J | | |
| 64. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 65. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 66. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 67. - VANGUARD FTSE DEVELOPED MARKET ETF | A | Dividend | J | T | Buy | 03/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 69. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 70. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 71.   - VANGUARD INDEX FDS | A | Dividend | K | T | Buy | 03/30/15 | J | | |
| 72. | | | | | Buy (add'l) | 04/27/15 | K | | |
| 73. | | | | | Sold (part) | 07/09/15 | J | A | |
| 74. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 75.   - VANGUARD INDEX TR VANGUARD EXTENDED | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 76. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 77. | | | | | Sold (part) | 07/09/15 | J | A | |
| 78. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 79.   - VANGUARD INTL EQUITY INDEX FDS FTSE ALL WORLD | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 80. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 81.   - VANGUARD INTL EQUITY INDEX FDSFTSE EMERGING MARKETS | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 82. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 83.   - VANGUARD SCOTTSDALE MORTGAGE BACKED SECURITIES ETF | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 84. | | | | | Buy (add'l) | 04/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold (part) | 07/09/15 | J | | |
| 86. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 87. - CITY NATIONAL ROCHDALE EMERGING MRKTS | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 88. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 89. - FIDELITY MID CAP VALUE | | None | | | Buy | 03/26/15 | J | | |
| 90. | | | | | Sold | 08/13/15 | J | | |
| 91. - FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | K | T | Buy | 03/26/15 | J | | |
| 92. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 93. | | | | | Sold (part) | 04/30/15 | J | | |
| 94. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 95. - MEEDER BALANCED FUND | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 96. | | | | | Buy (add'l) | 04/23/15 | K | | |
| 97. | | | | | Sold (part) | 11/06/15 | J | | |
| 98. | | | | | Sold (part) | 12/17/15 | J | | |
| 99. - MEEDER DYNAMIC GROWTH | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 100. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 101. | | | | | Buy (add'l) | 07/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 11/06/15 | J | | |
| 103.  - MEEDER MUIRFIELD | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 104. | | | | | Buy (add'l) | 04/23/15 | K | | |
| 105. | | | | | Sold (part) | 07/08/15 | J | | |
| 106. | | | | | Sold (part) | 11/06/15 | J | | |
| 107.  - MEEDER QUANTEX FUND | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 108. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 109. | | | | | Sold (part) | 11/06/15 | J | | |
| 110.  - MEEDER SPECTRUM FUND | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 111. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 112. | | | | | Sold (part) | 07/08/15 | J | | |
| 113. | | | | | Sold (part) | 11/06/15 | J | | |
| 114. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 115.  - MEEDER UTILITIES AND INFRASTRUCTURE/MILLER/HOWARD INFRASTRUCTURE RET | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 116. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 117. | | | | | Sold (part) | 07/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118.  - SPARTAN INTL INDEX | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 119. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 120. | | | | | Sold (part) | 04/28/15 | J | A | |
| 121. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 122. | | | | | Sold (part) | 05/21/15 | J | A | |
| 123. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 124. | | | | | Sold (part) | 06/24/15 | J | | |
| 125. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 126. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 127. | | | | | Sold (part) | 08/28/15 | J | | |
| 128.  - SPARTAN REAL ESTATE INDEX FD | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 129. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 130. | | | | | Buy (add'l) | 04/28/15 | K | | |
| 131. | | | | | Sold (part) | 04/28/15 | K | | |
| 132. | | | | | Buy (add'l) | 05/21/15 | K | | |
| 133. | | | | | Sold (part) | 05/21/15 | K | | |
| 134. | | | | | Buy (add'l) | 06/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. | | | | | Sold (part) | 06/24/15 | K | | |
| 136. | | | | | Buy (add'l) | 07/29/15 | K | | |
| 137. | | | | | Sold (part) | 07/16/15 | J | A | |
| 138. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 139. | | | | | Sold (part) | 08/28/15 | K | | |
| 140. - SPARTAN SMALL CAP INDEX | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 141. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 142. | | | | | Sold (part) | 04/28/15 | J | A | |
| 143. | | | | | Sold (part) | 05/21/15 | J | | |
| 144. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 145. | | | | | Sold (part) | 11/06/15 | J | A | |
| 146. - SPARTAN 500 INDEX FD | A | Dividend | K | T | Buy | 03/26/15 | J | | |
| 147. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 148. | | | | | Buy (add'l) | 04/28/15 | K | | |
| 149. | | | | | Sold (part) | 04/28/15 | K | A | |
| 150. | | | | | Buy (add'l) | 05/21/15 | K | | |
| 151. | | | | | Sold (part) | 05/21/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | Buy (add'l) | 06/24/15 | K | | |
| 153. | | | | | Sold (part) | 06/24/15 | K | A | |
| 154. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 155. | | | | | Buy (add'l) | 07/29/15 | K | | |
| 156. | | | | | Sold (part) | 07/29/15 | K | | |
| 157. | | | | | Buy (add'l) | 08/28/15 | K | | |
| 158. | | | | | Sold (part) | 08/28/15 | K | | |
| 159. - SPARTAN TOTAL MKT INDX | A | Dividend | K | T | Buy | 03/26/15 | J | | |
| 160. | | | | | Buy (add'l) | 04/23/15 | K | | |
| 161. | | | | | Buy (add'l) | 04/28/15 | K | | |
| 162. | | | | | Sold (part) | 04/28/15 | K | A | |
| 163. | | | | | Buy (add'l) | 05/21/15 | K | | |
| 164. | | | | | Sold (part) | 05/21/15 | K | A | |
| 165. | | | | | Buy (add'l) | 06/24/15 | K | | |
| 166. | | | | | Sold (part) | 06/24/15 | K | | |
| 167. | | | | | Buy (add'l) | 07/29/15 | K | | |
| 168. | | | | | Sold (part) | 07/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. | | | | | Buy (add'l) | 08/28/15 | K | | |
| 170. | | | | | Sold (part) | 08/28/15 | K | | |
| 171. | | | | | Sold (part) | 11/06/15 | J | A | |
| 172. - MEEDER TOTAL RETURN BOND | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 173. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 174. | | | | | Sold (part) | 11/06/15 | J | | |
| 175. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 176. - PIMCO INCOME FUND CL D | C | Dividend | L | T | Buy | 03/26/15 | K | | |
| 177. | | | | | Buy (add'l) | 04/23/15 | L | | |
| 178. | | | | | Sold (part) | 04/30/15 | J | A | |
| 179. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 180. - SPARTAN US BOND INDEX FD INVESTOR CL | B | Dividend | L | T | Buy | 03/26/15 | K | | |
| 181. | | | | | Buy (add'l) | 04/23/15 | L | | |
| 182. | | | | | Buy (add'l) | 04/28/15 | L | | |
| 183. | | | | | Sold (part) | 04/28/15 | L | A | |
| 184. | | | | | Buy (add'l) | 05/21/15 | L | | |
| 185. | | | | | Sold (part) | 05/21/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. | | | | | Buy (add'l) | 06/24/15 | L | | |
| 187. | | | | | Sold (part) | 06/24/15 | L | | |
| 188. | | | | | Buy (add'l) | 07/29/15 | L | | |
| 189. | | | | | Buy (add'l) | 08/28/15 | L | | |
| 190. | | | | | Sold (part) | 08/28/15 | L | | |
| 191. - MEEDER DIVIDEND OPPORTUNITIES FUND | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 192. | | | | | Sold (part) | 11/06/15 | J | | |
| 193. | | | | | Sold (part) | 12/17/15 | J | | |
| 194. - FIDELITY SELECT HEALTHCARE | A | Dividend | J | T | Buy | 07/16/15 | J | | |
| 195. - PIMCO STOCKSPLUS INTERNATIONAL | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 196. - EVENTIDE GILEAD FUND | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 197. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 198. - FIDELITY CONTRAFUND | A | Dividend | J | T | Buy | 11/06/15 | J | | |
| 199. - ALGER SPECTRA FUND | A | Distribution | J | T | Buy | 11/06/15 | J | | |
| 200. TRUST - NATIONAL FINANCIAL SERVICES (SECURITIES AMERICA): (H) | | | | | | | | | |
| 201. - SECURITIES AMERICA BANK DEPOSIT SWEEP | A | Int./Div. | J | T | Open | 05/14/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 202. - CITY NAT'L ROCHDALE EMERGING MARKETS | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 203. - SPARTAN US BOND INDEX FUND | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 204. | | | | | Buy (add'l) | 06/24/15 | K | | |
| 205. | | | | | Sold (part) | 06/24/15 | K | | |
| 206. | | | | | Buy (add'l) | 07/29/15 | K | | |
| 207. | | | | | Sold (part) | 07/29/15 | K | | |
| 208. | | | | | Buy (add'l) | 08/28/15 | K | | |
| 209. | | | | | Sold (part) | 08/28/15 | K | | |
| 210. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 211. - SPARTAN 500 INDEX FUND | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 212. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 213. | | | | | Sold (part) | 06/24/15 | J | | |
| 214. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 215. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 216. | | | | | Sold (part) | 07/29/15 | J | | |
| 217. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 218. | | | | | Sold (part) | 08/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. - SPARTAN TOTAL MKT INDEX | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 220. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 221. | | | | | Sold (part) | 06/24/15 | J | | |
| 222. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 223. | | | | | Sold (part) | 07/16/15 | J | | |
| 224. | | | | | Sold (part) | 07/29/15 | J | | |
| 225. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 226. | | | | | Sold (part) | 08/28/15 | J | | |
| 227. | | | | | Sold (part) | 11/06/15 | J | | |
| 228. - SPARTAN INTL INDEX | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 229. | | | | | Sold (part) | 06/24/15 | J | | |
| 230. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 231. - FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 232. - FIDELITY MIDCAP VALUE | | None | | | Buy | 05/20/15 | J | | |
| 233. | | | | | Sold | 08/13/15 | J | | |
| 234. - SPARTAN SMALL CAP INDEX | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 235. | | | | | Sold (part) | 06/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 237. - SPARTAN REAL ESTATE INDEX | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 238. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 239. | | | | | Sold (part) | 06/24/15 | J | | |
| 240. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 241. | | | | | Sold (part) | 07/16/15 | J | | |
| 242. | | | | | Sold (part) | 07/29/15 | J | | |
| 243. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 244. | | | | | Sold (part) | 08/28/15 | J | | |
| 245. - MEEDER MUIRFIELD | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 246. | | | | | Sold (part) | 11/06/15 | J | | |
| 247. - MEEDER TOTAL RETURN BOND | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 248. | | | | | Sold (part) | 11/06/15 | J | | |
| 249. - MEEDER BALANCED FUND | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 250. | | | | | Sold (part) | 11/06/15 | J | | |
| 251. - PIMCO INCOME FUND | B | Dividend | K | T | Buy | 05/20/15 | K | | |
| 252. - VANGUARD BD INDEX FD INC LONG TERM | A | Dividend | J | T | Buy | 05/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. - VANGUARD BD INDEX FD INC INTEREMEDIATE | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 254. - VANGUARD BD INDEX FS INC SHORT TERM | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 255. - VANGUARD FTSE DEVELOPED MARKET ETF | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 256. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 257. - VANGUARD CHARLOTTE FUNDS | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 258. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 259. - VANGUARD SCOTTSDALE FDS MORTGAGE BACKED SECURITIES | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 260. - VANGUARD INDEX FDS | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 261. | | | | | Sold (part) | 07/09/15 | J | | |
| 262. - VANGUARD INDEX EXTENDED MARKET | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 263. - MEEDER DIVIDEND OPPORTUNITIES FUND | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 264. - FIDELITY SELECT HEALTHCARE | A | Dividend | J | T | Buy | 07/16/15 | J | | |
| 265. - PIMCO STOCKSPLUS INTERNATIONAL | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 266. - EVENTIDE GILEAD FUND | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 267. - FIDELITY CONTRAFUND | A | Dividend | J | T | Buy | 11/06/15 | J | | |
| 268. - ALGER SPECTRA FUND | A | Dividend | J | T | Buy | 11/10/15 | J | | |
| 269. - MEEDER SPECTRUM FUND | A | Dividend | J | T | Buy | 12/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  S/ THELTON E. HENDERSON

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544